IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL C. POORE, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 3:12-0906 |
| | ) | Judge Trauger |
| WILLIAM HOLT, Sheriff, Robertson County, in | ) | Magistrate Judge Bryant |
| his official and individual capacity, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On October 22, 2013, the Magistrate Judge issued a Report and Recommendation (Docket No. 185), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED** in its entirety **WITH PREJUDICE** pursuant to Rule 41(b), FED. R. CIV. P.

It is so **ORDERED.**

Enter this 13th day of November 2013.

_____
ALETA A. TRAUGER
U.S. District Judge